IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*, | § § § | |
| v. | § § § | NO. 6:13-CR-00186-ADA |
| DAVID RICHARD SHATLEY,<br>*Defendant*. | § § § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 126. The Report recommends that Defendant's supervised release be revoked and that he be given a sentence of time-served, with a 3-year term of supervised release to follow with a special condition to be imposed that he must not have any association with any Outlaw Motorcycle Clubs, their members, or any Aryan Brother of Texas members or activities. *Id.* at 3. The Report also recommends that this case be transferred to the Fort Worth division, and that Defendant's place of residence must be approved by the probation officer. The Report was filed on June 27, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Here, Defendant and the Government waived the 14-day rule to file objections. ECF No. 125.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland, ECF No. 126, is **ACCEPTED AND ADOPTED**. Defendant's supervised release is hereby revoked, and Defendant is given a sentence of time-served, with a 3-year term of supervised release to follow. The Court imposes a special condition that Defendant must not have any association with any Outlaw Motorcycle Clubs, their members, or any Aryan Brother of Texas members or activities. Defendant's place of residence must also be approved by the probation officer. **SO ORDERED** this 27th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE